No. 717.—La Sucesión de Rosa Sánchez, Etc., peticionaria, *v.* La Corte de Distrito de San Juan, demandada.—▬▬▬ ▬▬▬ Mayo 2, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Por cuanto, como regla general cuando una parte ha presentado una demanda aun perfecta, y a virtud de objeción de la parte contraria presenta otra o enmienda o reforma la primera, se considera abandonada cualquier insistencia que hubiera podido hacer la parte demandante; y la peticionaria no nos convence de que los hechos de este caso presenten una excepción a la regla general;

Por cuanto, aun en la hipótesis de que la peticionaria en sus últimas gestiones cerca de la Corte de Distrito de San Juan tuviera razón, sin embargo, como la materia es apelable

después de dictada sentencia en el caso, no procede el recurso de *certiorari,*

Por tanto, no ha lugar a expedir el auto solicitado.